UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUFFALO XEROGRAPHIX, INC., for itself and on behalf of a class of similarly situated policyholders,<br><br>           Plaintiff,<br><br>   —*against*—<br><br>SENTINEL INSURANCE COMPANY, LTD.; THE HARTFORD INSURANCE GROUP a/k/a THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD FIRE INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF ILLINOIS; HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD UNDERWRITERS INSURANCE COMPANY; NEW ENGLAND INSURANCE COMPANY; NEW ENGLAND REINSURANCE CORPORATION; PACIFIC INSURANCE COMP ANY, LIMITED; PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; TRUMBULL INSURANCE COMPANY; and TWIN CITY FIRE INSURANCE COMPANY,<br><br>           Defendants. | **NOTICE AND MOTION TO DISMISS**<br><br>Index No. 20-CV-520 (GWC) |

**MOTION BY:**    Defendants The Hartford Insurance Group a/k/a The Hartford Financial Services Group, Inc., Hartford Fire Insurance Company, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of Illinois,

Hartford Insurance Company of the Midwest, Hartford Underwriters Insurance Company, New England Insurance Company, New England Reinsurance Corporation, Pacific Insurance Company, Limited, Property and Casualty Insurance Company of Hartford, Trumbull Insurance Company, and Twin City Fire Insurance Company ("Defendants") for their answer to the Complaint of Plaintiff Buffalo Xerographix, Inc., by their attorneys, Steptoe & Johnson LLP and Tully Rinckey PLLC.

**RELIEF REQUESTED:** Defendants respectfully request:

(a) An Order, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure ("FRCP") dismissing the Summons and Complaint as against Defendants for lack of personal jurisdiction;

(b) An Order, pursuant to FRCP 12(b)(6) dismissing the Summons and Complaint for failure to state a claim upon which relief can be granted;

(c) Such other and further relief as this Court may deem just and proper, including costs, disbursements and reasonable attorneys' fees on this motion.

**SUPPORTING PAPERS:** Notice and Motion
Memorandum of Law

**LOCATION:** United States District Court
2 Niagara Square
Buffalo, NY 14202

**TIME AND DATE:** To Be Scheduled By the Court

**OPPOSING PAPERS:** Defendants reserve the right to file and serve reply papers. As a result, the plaintiff is required to file and serve opposing papers at least fourteen (14) business days prior to the return date of this motion.

Dated: July 1, 2020                                  Respectfully submitted,

                                                     By:   /s/ Eugene Welch

Sarah D. Gordon*                                     Eugene Welch
STEPTOE & JOHNSON LLP                                TULLY RINCKEY, PLLC
1330 Connecticut Avenue, NW                          400 Linden Oaks, Suite 110
Washington, D.C. 20036                               Rochester, New York 14625
(202) 429-3000                                       ewelch@tullylegal.com
sgordon@steptoe.com
                                                     Christopher M. Paparella
*pro hac vice application forthcoming                Charles Michael*
                                                     Meghan Newcomer*
                                                     STEPTOE & JOHNSON LLP
                                                     1114 Avenue of the Americas
                                                     New York, New York 10036
                                                     (212) 506-3900
                                                     caparella@steptoe.com
                                                     cmichael@steptoe.com
                                                     mnewcomer@steptoe.com

           *Counsel for Defendants*

3