UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BUFFALO XEROGRAPHIX INC., for itself and on behalf of a class of similarly situated policyholders,

Plaintiffs,

- v -

SENTINEL INSURANCE COMPANY, LTD.; THE HARTFORD INSURANCE GROUP a/k/a THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD FIRE INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF ILLINOIS; HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD UNDERWRITERS INSURANCE COMPANY; NEW ENGLAND INSURANCE COMPANY; NEW ENGLAND REINSURANCE CORPORATION; PACIFIC INSURANCE COMPANY, LIMITED; PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; TRUMBULL INSURANCE COMPANY; and TWIN CITY FIRE INSURANCE COMPANY

Defendants.

STIPULATION

No. 20-cv-00520

**WHEREAS**, on April 29, 2020 Plaintiff Buffalo Xerographix Inc. ("Plaintiff"), for itself and as a representative of a proposed class of plaintiff policy holders, filed a Summons and Complaint against Defendants Sentinel Insurance Company, Ltd. ("Sentinel"), The Hartford Insurance Group a/k/a The Hartford Financial Services Group, Inc. ("HIG"), Hartford Fire

Insurance Company ("Hartford Fire"), Hartford Accident and Indemnity Company ("Hartford Accident"), Hartford Casualty Insurance Company ("Hartford Casualty"), Hartford Insurance Company of Illinois ("Hartford Illinois"), Hartford Insurance Company of the Midwest ("Hartford Midwest"), Hartford Underwriters Insurance Company ("Hartford Underwriters"), New England Insurance Company ("New England"), New England Reinsurance Corporation ("New England Reinsurance"), Pacific Insurance Company, Limited ("Pacific"), Property and Casualty Insurance Company of Hartford ("Hartford Property"), Trumbull Insurance Company ("Trumbull"), and Twin City Fire Insurance Company ("Twin City") (each of the foregoing being a "Defendant" and collectively the "Defendants"); and

**WHEREAS**, on July 1, 2020, Defendant Sentinel filed an Answer to the Complaint; and

**WHEREAS**, on July 1, 2020, Defendants HIG, Hartford Fire, Hartford Accident, Hartford Casualty, Hartford Illinois, Hartford Midwest, Hartford Underwriters, New England, New England Reinsurance, Pacific, Hartford Property, Trumbull, and Twin City (collectively the "Moving Defendants") moved to dismiss the Complaint as against them, filed as Docket Nos. 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 and 50; and

**WHEREAS**, plaintiff has the right to amend its Complaint within twenty-one days of July 1, 2020 pursuant to Federal Rules of Civil Procedure ("FRCP") 15;

**WHEREAS**, the parties mutually desire limiting pre-answer motion practice by means of which parties reserve their respective rights and defenses,

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that pursuant to FRCP 15 and 21 Plaintiff shall file an amended complaint on or before August 13, 2020 which, among other things, will add named plaintiffs and continue causes of action against defendants

Sentinel, HIG, Hartford Casualty and Hartford Midwest; and

**IT IS FURTHER STIPULATED AND AGREED**, that pursuant to FRCP Rule 41, the causes of action against defendants Hartford Fire, Hartford Accident, Hartford Illinois, Hartford Underwriters, New England, New England Reinsurance, Pacific, Hartford Property, Trumbull, and Twin City are dismissed without prejudice; and

**IT IS FURTHER STIPULATED AND AGREED**, that defendants' motions to dismiss, filed as Docket Nos. 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 and 50 are withdrawn without prejudice; and

**IT IS FURTHER STIPULATED AND AGREED** that defendants shall answer or move with respect to the First Amended Complaint on or before September 17, 2020.

Dated: July 21, 2020
Buffalo, New York

**DUKE HOLZMAN PHOTIADIS & GRESENS LLP**
*Attorneys for Plaintiff*

By: s/Charles C. Ritter, Jr.

Charles C. Ritter, Jr., Esq.
Christopher M. Berloth, Esq.
Thomas D. Lyons, Esq.
701 Seneca St., Suite 750
Buffalo, New York 14210
(716) 855-1111
critter@dhpglaw.com
cberloth@dhpglaw.com
tlyons@dhpglaw.com

**STEPTOE & JOHNSON, LLP**
*Attorneys for the Defendants*

By: s/Charles Michael

Charles Michael, Esq.
Sarah D. Gordon, Esq.
Anthony J. Anscombe, Esq.
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
cmichael@steptoe.com
sgordon@steptoe.com
aanscombe@steptoe.com

**TULLY RINCKEY, PLLC**
*Attorneys for the Defendants*

By: s/Matthew E. Mitchell
Matthew E. Mitchell, Esq.
Eugene Welch, Esq.
400 Linden Oaks, Suite 110
Rochester, New York 14625
(585) 492-4700
mmitchell@tullylegal.com
ewelch@tullylegal.com

SO ORDERED.

______________________________

**Hon. Geoffrey Crawford**
**United State District Court Judge**