## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUFFALO XEROGRAPHIX, INC., SHATKIN F.I.R.S.T INC, AND TODD E. SHATKIN DDS PLLC for themselves and on behalf of a class of similarly situated policyholders,<br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　—*against*—<br><br>THE HARTFORD INSURANCE GROUP a/k/a THE HARTFORD FINANCIAL SERVICES GROUP, INC.;<br><br>SENTINEL INSURANCE COMPANY, LTD.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; and<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST;<br>　　　　　　　　　　　　Defendants. | **NOTICE AND MOTION TO DISMISS**<br><br>Index No. 20-CV-520 (GWC) |

**MOTION BY:**　　Defendants The Hartford Insurance Group a/k/a The Hartford Financial Services Group, Inc., for their answer to the Amended Complaint of Plaintiff Buffalo Xerographix, Inc., by their attorneys, Steptoe & Johnson LLP and Tully Rinckey PLLC.

**RELIEF REQUESTED:**　　Defendants respectfully request:

　　(a)　An Order, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure ("FRCP") dismissing the Amended Complaint as against Defendants for lack of personal jurisdiction;
　　(b)　An Order, pursuant to FRCP 12(b)(6) dismissing the Amended Complaint for failure to state a claim upon which relief can be granted;
　　(c)　Such other and further relief as this Court may deem just and proper, including costs, disbursements and reasonable attorneys' fees on this motion.

**SUPPORTING PAPERS:**　　Notice and Motion
　　　　　　　　　　　　　　Memorandum of Law

| | |
|---|---|
| **LOCATION:** | United States District Court<br>2 Niagara Square<br>Buffalo, NY 14202 |
| **TIME AND DATE:** | To Be Scheduled By the Court |
| **OPPOSING PAPERS:** | Defendants reserve the right to file and serve reply papers. As a result, the plaintiff is required to file and serve opposing papers at least fourteen (14) business days prior to the return date of this motion. |

Dated: September 17, 2020

Sarah D. Gordon*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000
sgordon@steptoe.com

*pro hac vice* application forthcoming

Respectfully submitted,

By:  */s/ Eugene Welch*
Eugene Welch
TULLY RINCKEY, PLLC
400 Linden Oaks, Suite 110
Rochester, New York 14625
ewelch@tullylegal.com

Christopher M. Paparella
Charles Michael*
Meghan Newcomer*
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
caparella@steptoe.com
cmichael@steptoe.com
mnewcomer@steptoe.com

*Counsel for Defendants*