UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUFFALO XEROGRAPHIX INC., SHATKIN F.I.R.S.T. INC, AND TODD E. SHATKIN DDS PLLC for itself and on behalf of a class of similarly situated policyholders,<br>　　　　　　　　　　　Plaintiffs,<br><br>- v -<br><br>THE HARTFORD INSURANCE GROUP a/k/a THE HARTFORD FINANCIAL SERVICES GROUP, INC.;<br><br>SENTINEL INSURANCE COMPANY, LTD.;<br><br>HARTFORD CASUALTY INSURANCE COMPANY;  and<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST;<br>　　　　　　　　　　　Defendants. | STIPULATED ORDER<br><br>No. 20-cv-00520-GWC |

STIPULATED BRIEFING SCHEDULE

The Court enters this Stipulated Order upon the request and stipulation of all parties, Plaintiffs Buffalo Xerographix Inc., Shatkin F.I.R.S.T. LLC and Todd E. Shatkin DDS PLLC (collectively "Plaintiffs") and Defendants The Hartford Insurance Group a/k/a The Hartford Financial Services Group, Inc., Sentinel Insurance Company, LTD, Hartford Casualty Insurance Company, and Hartford Insurance Company of the Midwest (collectively "Defendants").

WHEREAS, Plaintiffs filed an Amended Complaint on August 13, 2020;

WHEREAS, Defendants The Hartford Insurance Group a/k/a The Hartford Financial Services Group, Inc. moved to dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) on September 17, 2020 (the "Motion to Dismiss"); it is hereby

ORDERED that Plaintiffs shall file opposition papers to Defendants' Motion to Dismiss on or before **October 17, 2020**;

ORDERED that Defendants shall file any papers in reply to Plaintiffs' opposition on or before **November 6, 2020**; and

ORDERED that no extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing good cause for the extension. Absent truly exceptional circumstances, any application for an extension shall be made at least one week prior to the deadline sought to be extended. The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party." *Parker v. Columbia Pictures Indus.*, 204 F.3d 326, 340 (2d Cir. 2000).

The above Order is stipulated to by the parties via their undersigned respective counsel.

| DUKE HOLZMAN PHOTIADIS & GRESENS LLP | TULLY RINCKEY, PLLC |
|---|---|
| /s/ Christopher M. Berloth | /s/ Eugene Welch |
| Charles C. Ritter, Esq.<br>Christopher M. Berloth, Esq.<br>Thomas D. Lyons, Esq.<br>*Attorneys for Plaintiffs*<br>701 Seneca Street, Suite 750<br>Buffalo, New York 14210<br>critter@dhpglaw.com<br>cberloth@dhpglaw.com<br>tlyons@dhpglaw.com<br><br>Dated: Buffalo, New York<br>October 5, 2020 | Eugene Welch, Esq.<br>Matthew Mitchell, Esq.<br>*Attorneys for Defendants*<br>400 Linden Oaks, Suite 110<br>Rochester, New York 14625<br>ewelch@tullylegal.com<br>mmitchell@tullylegal.com<br><br>Dated: Buffalo, New York<br>October 5, 2020 |
| STEPTOE & JOHNSON LLP<br><br>/s/ Christopher M. Paparella<br><br>Christopher M. Paparella, Esq.<br>Charles Michael, Esq.<br>Meghan Newcomer, Esq.<br>Sarah D. Gordon, Esq.<br>*Attorneys for Defendants*<br>1114 Avenue of the Americas<br>New York, New York 10036<br>caparella@steptoe.com<br>cmichael@steptoe.com<br>mnewcomer@steptoe.com<br>sgordon@steptoe.com<br><br>Dated: Buffalo, New York<br>October 5, 2020 | |

SO ORDERED.

Dated at Rutland, in the District of Vermont, this ___7th___ day of October, 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court