Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

BUFFALO XEROGRAPHIX, INC., ET AL.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-520

v.

SENTINEL INSURANCE COMPANY, LIMITED, ET AL.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiffs' Motion for Consolidate Cases is denied as Moot and that the Defendants' Motion for Judgment on the Pleadings is Granted.

Date: June 16, 2021

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
     Deputy Clerk